# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMIAH RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-22-921-J |
| WARDEN GOLDEY, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a prisoner appearing pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On December 22, 2022, Judge Purcell issued a Report and Recommendation recommending that this case be dismissed without prejudice based on Plaintiff's failure to pay the required filing fee and/or comply with the Court's orders. [Doc. No. 8]. Plaintiff was advised of his right to object to the Report and Recommendation by January 11, 2023. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 8] and DISMISSES this case without prejudice based on Plaintiff's failure to pay the required filing fee and/or comply with the Court's orders.

IT IS SO ORDERED this 20th day of January, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE